IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>HERMENEGILDO MANUEL MEJORADO-SOTO,<br><br>               Defendant. | CR NO: 2:20-CR-0166-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Hermenegildo Manuel Mejorado-Soto
Detained at: San Joaquin County Jail
Detainee is:
   a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
       charging detainee with: _____
or
   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.) ☐ return to the custody of detaining facility upon termination of proceedings
or
   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: */s/ David W. Spencer*
Printed Name & Phone No: David Spencer  (916) 554-2718
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 17, 2021

_Honorable Jeremy D. Peterson, U.S. MAGISTRATE_

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | n/a | ☒Male ☐Female | |
| Booking or CDC #: | 20-01592 | DOB: | |
| Facility Address: | 7000 Michael Canlis Blvd, French Camp, CA 95231 | Race: | |
| Facility Phone: | (209) 468-4265 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)