LUPE MARTINEZ, CSBN 49620
Attorney at Law
601 Snyder Avenue
Aromas, California 95004
Telephone: (408) 857-5418
martinez-luna@sbcglobal.net

SHANNAN DUGAN (CBN 165235)
Attorney at Law
Law Offices of Shannan Dugan
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 291-9260

Attorneys for Defendant
Hermenegildo Manuel Mejorado Soto

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 20-00166-MCE |
| | ) | |
| Plaintiff, | ) | *CORRECTED* |
| | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | **ORDER** |
| HERMENEGILDO MANUEL MEJORADO SOTO | ) | |
| | ) | |
| | ) | Honorable Morrison C. England |
| Defendant | ) | United States District Judge |
| _____ | ) | |

1
STIPULATION TO CONTINUE SENTENCING; ORDER

Defendant Hermenegildo Manuel Mejorado Soto and the government, through their respective counsel, Lupe Martinez and Shannan Dugan and Assistant United States Attorney David Spencer, hereby stipulate that, subject to the Court's approval, the sentencing hearing presently set on September 9, 2021 at 10:00 a.m. may be continued to October 14, 2021 at 10:00 a.m., or a date thereafter convenient to the court and counsel.

The reasons for the requested continuance are as follows:

(1) Defense counsel Lupe Martinez will be out of the country for most of July 2021 and Ms. Shannan Dugan will also be out of the office for parts of July 2021 and has other scheduling conflicts.

(2) On July 1, 2021, defense counsel Lupe Martinez spoke by telephone to United States Probation Officer Nisha Modica who advised the requested continuance date is convenient for her calendar.

Dated: July 1, 2021          s/s Lupe Martinez

                                   s/s Shannan Dugan

                                   LUPE MARTINEZ
                                   SHANNAN DUGAN
                                   Attorneys for Defendant
                                   Hermenegildo Manuel Mejorado Soto

Dated: July 1, 2021          s/s David Spencer

                                   DAVID SPENCER
                                   Assistant United States Attorney

**ORDER**

Based upon the stipulation of counsel, and good cause having been shown, it is hereby ordered that the sentencing hearing in the above-entitled case scheduled for September 9, 2021 at 10:00 a.m. shall be **CONTINUED** to **October 14, 2021**, **at 10:00 a.m.**

IT IS SO ORDERED.

Dated: July 6, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE