LUPE MARTINEZ, SCBN 49620
Attorney at Law
601 Snyder Avenue
Aromas, California 95004
Telephone: (408) 857-5418
Email: martinez-luna@sbcglobal.net

SHANNAN DUGAN, CSBN 165325
Attorney at Law
Law Offices of Shannan Dugan
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 291-9260
Email: shannandugan@yahoo.com

*Attorneys for Defendant Hermenegildo Manuel Mejorado Soto*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-00166-MCE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| HERMENEGILDO MANUEL MEJORADO SOTO, | ORDER |
| Defendant. | Hon. Morrison C. England, Jr. United States District Judge |

Defendant Hermenegildo Manuel Mejorado Soto, and the government, through their respective counsel, Lupe Martinez and Shannan Dugan, and Assistant United States Attorney David Spencer, hereby stipulate that, subject to the Court's approval, the sentencing hearing, presently set for November 4, 2021, at 10:00 a.m., may be continued to December 9, 2021, at 10:00 a.m., or a date thereafter convenient to the Court and all counsel.                                                                 -1-

STIPULATION TO CONTINUE SENTENCING; ORDER

The reasons for the requested continuance are as follows:

Because of the schedules of counsel and the United States Probation Department, it was not possible for defendant's presentence interview to be completed, and the required deadlines of the parties to be met, for submission of all necessary reports and motions by an October or early November sentencing date.  At the time of the presentence interview with Probation Officer Nisha Modica, counsel and Ms. Modica discussed the timeline issues and agreed upon a sentencing date of December 9, upon agreement by AUSA David Spencer, and with permission of the Court.

Dated: October 26, 2021     s/s  Lupe Martinez

                                        s/s  Shannan Dugan

LUPE MARTINEZ
SHANNAN DUGAN
Attorneys for Defendant Hermenegildo Manuel Mejorado Soto

Dated: October 26, 2021     s/s  David Spencer
DAVID SPENCER
Assistant United States Attorney

## ORDER

Based upon the stipulation of counsel and

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing in the above-entitled case scheduled for November 4, 2021, at 10:00 a.m., shall be continued to December 9, 2021, at 10:00 a.m.

DATED:  November 4, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER