LUPE MARTINEZ, CSBN 49620
Attorney at Law
601 Snyder Avenue
Aromas, California 95004
Telephone: (408) 857-5418
Email: martinez-luna@sbcglobal.net

LAW OFFICES OF SHANNAN DUGAN, CSBN 165325
Attorney at Law
Law Offices of Shannan Dugan
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 291-9260
Email:  shannandugan@yahoo.com

*Attorneys for Defendant Hermenegildo Manuel Mejorado Soto*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 20-00166-JAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | ORDER |
| HERMENEGILDO MANUEL MEJORADO SOTO, | Hon. John A. Mendez United States District Judge |
| Defendant. | |

Defendant Hermenegildo Manuel Mejorado Soto, and the government, through their respective counsel, Lupe Martinez and Shannan Dugan, and Assistant United States Attorney David Spencer, hereby stipulate that, subject to the Court's approval, the sentencing hearing, presently set for January 11, 2022, at 10:00 a.m., may be continued to February 1, 2022, at 9:30 a.m., or a date thereafter convenient to the Court and counsel.

The reasons for the requested continuance are as follows:

STIPULATION TO CONTINUE SENTENCING; ORDER

1

Because of the voluminous nature of the defendant's sentencing memorandum and exhibits, and the Court's lengthy calendar on January 11, 2022, a sentencing date of February 1, 2022, is more compatible with the parties' goal of a thorough examination of all documents related to the sentencing in this case. The Court, AUSA David Spencer, and Probation Officer Nisha Modica, have all been consulted and are available on February 1, 2022, at 9:30 for sentencing in this matter.

Dated: January 4, 2022        s/s  Lupe Martinez

                                                    s/s  Shannan Dugan

                                                    LUPE MARTINEZ
                                                    SHANNAN DUGAN
                                                    Attorneys for Defendant Hermenegildo Manuel Mejorado Soto

Dated: January 4, 2022        s/s  David Spencer
                                                    DAVID SPENCER
                                                    Assistant United States Attorney

## ORDER

Based upon the stipulation of counsel and

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing in the above-entitled case scheduled for January 11, 2022, at 10: 00 a.m., shall be continued to February 1, 2022, at 9:30 a.m.

Dated: January 4, 2022        /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE SENTENCING; ORDER         2