PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-166-JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTION TO ORDER THE FEDERAL BUREAU OF PRISONS TO DESIGNATE A FEDERAL FACILITY FOR SERVICE OF THE SENTENCE IMPOSED ON FEBRUARY 08, 2022 |
| v. | |
| HERMENEGILDO MANUEL MEJORADO-SOTO, | |
| Defendant. | DATE: May 24, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 4, 2022, defendant filed a Motion to Order the Federal Bureau of Prisons to Designate a Federal Facility for Service of the Sentence Imposed on February 08, 2022. ECF No. 41. Defendant noticed the Motion for hearing on May 24, 2022. *Id.*

2. The parties request that the hearing on this motion be continued to June 14, 2022.

3. The parties further request the following briefing schedule: The United States' response to the motion is due on May 26, 2022. Defendant's reply, if any, is due on June 7, 2022.

///

///

///

STIPULATION TO CONTINUE MOTION HEARING          1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 17, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: May 18, 2021 | /s/ LUPE MARTINEZ<br>LUPE MARTINEZ<br>Counsel for Defendant<br>HERMENEGILDO MANUEL<br>MEJORADO-SOTO |

### ORDER

The hearing on Defendant's Motion to Order the Federal Bureau of Prisons to Designate a Federal Facility for Service of the Sentence Imposed on February 08, 2022 (ECF No. 41) is hereby CONTINUED to June 14, 2022, at 9:30 a.m. The briefing schedule in the parties' stipulation is ADOPTED.

IT IS SO ORDERED this 17th day of May, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE